CHARLES J. HARDER (State Bar No. 184593)
DOUGLAS E. MIRELL (State Bar No. 094169)
SARAH E. LUPPEN (State Bar No. 258559)
HARDER MIRELL & ABRAMS LLP
1801 Avenue of the Stars, Suite 1120
Los Angeles, California 90067
Telephone: (424) 203-1600
Facsimile: (424) 203-1601

Attorneys for Plaintiff
HALLE BERRY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

HALLE BERRY, an individual,

Plaintiff,

v.

TOYWATCH S.p.A., an Italian corporation; TRIBOO DIGITALE USA, INC., a Delaware corporation; TRIBOO DIGITALE S.r.l., an Italian limited liability company; WE'RE WITH THE BRAND, LLC d/b/a "Capobianco & Associates," a California limited liability company; CINDY CAPOBIANCO, an individual; and DOES 3-10, inclusive,

Defendants.

Case No. CV13-05428-JAK(CWx)

**DECLARATION OF DOUGLAS E. MIRELL IN SUPPORT OF PLAINTIFF HALLE BERRY'S REQUEST TO ENTER DEFAULT**

[Filed concurrently with Plaintiff's Request to Enter Default]

Assigned for All Purposes to the Hon. John A. Kronstadt, Courtroom 750

Action Filed: May 30, 2013
Action Removed: July 26, 2013
Trial Date: Sept. 9, 2014

I, Douglas E. Mirell, declare as follows:

1. I am an attorney at law, licensed to practice in all courts of the State of California and the United States District Court for the Central District of California, among other courts. I am a partner in the law firm of Harder Mirell & Abrams LLP, counsel for Plaintiff Halle Berry ("Plaintiff" or "Berry"). I have personal

knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify under oath to the matters stated herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff's First Amended Complaint against defendants for violating Berry's common law right of publicity and right of privacy, as well as infringing Plaintiff's trademark, trade name, trade dress and slogan (the "FAC"). The FAC was served on defendant We're With the Brand, LLC d/b/a "Capobianco & Associates" on November 4, 2013.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Summons also served on defendant We're With the Brand, LLC d/b/a "Capobianco & Associates" on November 4, 2013.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Proof of Service of Summons and FAC on defendant We're With the Brand, LLC d/b/a "Capobianco & Associates," dated November 5, 2013, and which was filed with this Court on November 11, 2013 (Doc. 32).

5. Under Rule 12(a) of the Federal Rules of Civil Procedure, defendant We're With the Brand, LLC d/b/a "Capobianco & Associates" was required to respond, answer or otherwise plead to Plaintiff's FAC by November 25, 2013. Neither this defendant, nor anyone claiming to represent the defendant, has contacted anyone at Harder Mirell & Abrams LLP to request any extension of time to respond to Plaintiff's FAC.

6. As of November 26, 2013, defendant We're With the Brand, LLC d/b/a "Capobianco & Associates" had not served Plaintiff's counsel with any answer, motion, or other response to Plaintiff's FAC.

//

//

//

//

7. Defendant We're With the Brand, LLC d/b/a "Capobianco & Associates" is not a minor, incompetent person or in the military service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of November, 2013, at Los Angeles, California.

By: ______________________________
DOUGLAS E. MIRELL

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 1801 Avenue of the Stars, Suite 1120, Los Angeles, CA 90067.

On November 26, 2013, I served true copies of the following document(s) described, **DECLARATION OF DOUGLAS E. MIRELL IN SUPPORT OF PLAINTIFF HALLE BERRY'S REQUEST TO ENTER DEFAULT** in the manner described below, on the interested parties in this action as follows:

**[X] (BY ECF TRANSMISSION):** The above-referenced documents was electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system, as indicated below.

*(via ECF)*
James C. Potepan, Esq.
Angeli C. Aragon, Esq.
LECLAIRRYAN, LLP
725 S. Figueroa Street, Suite 350
Los Angeles, California 90017
Telephone: (213) 488-0503
Facsimile: (213) 624-3755
Email: james.potepan@leclairryan.com
Email: angeli.aragon@leclairryan.com

*Attorneys for Defendants*
TOYWATCH S.p.A., TRIBOO DIGITALE USA, TRIBOO DIGITALE S.r.l., CINDY CAPOBIANCO

**[X] BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed directly below and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Harder Mirell & Abrams LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

*(via mail)*
Robert Rosenheck
1752 N. Stanley Ave.
West Hollywood, CA 90046

*Registered Agent for Defendant*
WE'RE WITH THE BRAND, LLC
d/b/a "Capobianco & Associates"

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

Executed on November 26, 2013, at Los Angeles, California.

Kimberlina N. McKinney