CHARLES J. HARDER (State Bar No. 184593)
DOUGLAS E. MIRELL (State Bar No. 94169)
SARAH E. LUPPEN (State Bar No. 258559)
HARDER MIRELL & ABRAMS LLP
1801 Avenue of the Stars, Suite 1120
Los Angeles, California 90067
Telephone:  (424) 203-1600
Facsimile:   (424) 203-1601

Attorneys for Plaintiff
HALLE BERRY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALLE BERRY, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>TOYWATCH S.p.A., an Italian corporation; TRIBOO DIGITALE USA, INC., a Delaware corporation; TRIBOO DIGITALE S.r.l., an Italian limited liability company; WE'RE WITH THE BRAND, LLC d/b/a "Capobianco & Associates," a California limited liability company; CINDY CAPOBIANCO, an individual; and DOES 3-10, inclusive,<br><br>　　　　　　Defendants. | Case No. CV13-05428-JAK(CWx)<br>Hon. John A. Kronstadt, Courtroom 750<br><br>**ORDER ON STIPULATION FOR PROTECTIVE ORDER**<br><br>Assigned to Magistrate Judge Carla Woehrle, Courtroom 640<br><br>Action Filed:　　May 30, 2013<br>Action Removed:　July 26, 2013<br>Trial Date:　　　Sept. 9, 2014<br><br>**DISCOVERY MATTER** |

　　　Having considered the stipulation of plaintiff HALLE BERRY and defendants TOYWATCH S.p.A., TRIBOO DIGITALE USA, INC., TRIBOO DIGITALE S.r.l., WE'RE WITH THE BRAND, LLC d/b/a "Capobianco & Associates," and CINDY CAPOBIANCO, by and through their counsel, regarding their proposed stipulated protective order, the terms of such stipulated protective order are approved, and it is deemed an order of this Court.

1  **IT IS SO ORDERED.**

2

3  Dated:      January  6, 2014

4                                                                     Carla Woehrle
                                                                      United States Magistrate Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER ON STIPULATED PROTECTIVE ORDER