```
CHARLES J. HARDER (State Bar No. 184593)
DOUGLAS E. MIRELL (State Bar No. 94169)
SARAH E. LUPPEN (State Bar No. 258559)
HARDER MIRELL & ABRAMS LLP
1925 Century Park East, Suite 800
Los Angeles, California 90067
Telephone:  (424) 203-1600
Facsimile:  (424) 203-1601

Attorneys for Plaintiff
HALLE BERRY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALLE BERRY, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TOYWATCH S.p.A., an Italian corporation; TRIBOO DIGITALE USA, INC., a Delaware corporation; TRIBOO DIGITALE S.r.l., an Italian limited liability company; WE'RE WITH THE BRAND, LLC d/b/a "Capobianco & Associates," a California limited liability company; CINDY CAPOBIANCO, an individual; and DOES 3-10, inclusive,<br><br>　　　　　Defendants. | Case No. CV13-05428-JAK(CWx)<br>Hon. John A. Kronstadt, Courtroom 750<br><br>**JOINT REPORT ON STATUS OF SETTLEMENT**<br><br>Assigned to Magistrate Judge Carla Woehrle, Courtroom 640<br><br>Action Filed:　　May 30, 2013<br>Action Removed:　July 26, 2013<br>Trial Date:　　　Sept. 9, 2014 |

## JOINT REPORT ON STATUS OF SETTLEMENT

　　　　Pursuant to this Court's October 21, 2013, Scheduling Order (Dkt. 24), plaintiff HALLE BERRY ("Plaintiff") and defendants TOYWATCH S.p.A., TRIBOO DIGITALE USA, INC., TRIBOO DIGITALE S.r.l., WE'RE WITH THE BRAND, LLC d/b/a "Capobianco & Associates," and CINDY CAPOBIANCO (collectively "Defendants") submit this Joint Report on the Status of Settlement of the above-captioned action.

On February 4, 2013, Plaintiff and Defendants participated in an all-day mediation before Hon. John Zebrowski (Ret.), at ADR Services, Inc., 915 Wilshire Boulevard, Suite 1900, Los Angeles, California 90017.  The parties did not reach a settlement at the February 4 mediation, but agreed to continue, and have continued, to engage in informal settlement discussions.  The parties reserve their right to request a second mediation session after Plaintiff's counsel have finished examining Defendants' financial statements.

Dated:  February 18, 2014         HARDER MIRELL & ABRAMS LLP


By: /s/ Douglas E. Mirell
    DOUGLAS E. MIRELL
    Attorneys for Plaintiff
    HALLE BERRY

Dated:  February 18, 2014         LECLAIRRYAN LLP


By: /s/ James C. Potepan
    JAMES C. POTEPAN
    Attorneys for Defendants
    TOYWATCH S.p.A., TRIBOO
    DIGITALE USA, INC., TRIBOO
    DIGITALE S.r.l., WE'RE WITH THE
    BRAND, LLC d/b/a "Capobianco &
    Associates," and CINDY CAPOBIANCO

-2-
JOINT REPORT ON STATUS OF SETTLEMENT