JAMES C. POTEPAN (SBN 107370)
Email:  james.potepan@leclairryan.com
ANGELI C. ARAGON (SBN 176142)
Email:  angeli.aragon@leclairryan.com
CHAD M. MANDELL (SBN 272775)
Email:  chad.mandell@leclairryan.com
LeClairRyan, LLP
725 S. Figueroa Street, Suite 350
Los Angeles, CA  90017
Telephone:  213.488.0503
Facsimile:   213.624.3755

Attorneys for Defendants
**TOYWATCH S.p.A., WE'RE WITH THE
BRAND, LLC dba CAPOBIANCO &
ASSOCIATES, CINDY CAPOBIANCO**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALLE BERRY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TOYWATCH S.p.A., an Italian corporation; TRIBOO DIGITALE USA, INC., a Delaware corporation; TRIBOO DIGITALE S.r.l., an Italian limited liability company; WE'RE WITH THE BRAND, LLC d/b/a "Capobianco & Associates," a California limited liability company; CINDY CAPOBIANCO, an individual; and DOES 3-10, inclusive,<br><br>Defendants. | **Case No.: CV 13-05428 JAK (CWx)**<br><br>*Assigned Judge: John A. Kronstadt<br>Roybal - Courtroom 750*<br><br>**SUPPLEMENTAL DECLARATION OF CHAD M. MANDELL IN SUPPORT OF DEFENDANTS' JOINT STATEMENT OF DISCOVERY DISPUTES**<br><br>Date:      June 3, 2014<br>Time:      2:00 p.m.<br>Judge:     Hon. Carla M. Woehrle<br>Courtroom:  640<br><br>*Complaint Filed:   May 30, 2013* |

## SUPPLEMENTAL DECLARATION OF CHAD M. MANDELL

I, Chad M. Mandell, declare as follows:

1.      I am a member of the bar of the State of California and am associated with the law firm of LeClairRyan, attorneys for Defendants ToyWatch S.pA. ("ToyWatch"), and Cindy Capobianco and We're With The Brand LLC, d/b/a Capobianco (collectively, "Capobianco") (the defendants in this matter shall be collectively referred to as, "Defendants").   I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently hereto.

2.      Plaintiff's counsel indicated that she did not want to work over the Memorial Day weekend.   Thus, Defendants agreed to take the laboring oar and rushed to provide Plaintiff's counsel with a proposed draft of the Joint Statement on Wednesday May 2, 2014.   Plaintiff was supposed to insert her section on or about Friday May 23, 2014, and Defendants would prepare their rebuttal over the holiday weekend, so the Joint Statement could be filed by Tuesday May 27, 2014.

3.      Attached hereto as Exhibit "H" is a correspondence, dated May 22, 2014, from Defendants' counsel to Plaintiff's counsel.

4.      Attached hereto as Exhibit "I" is correspondence, dated May 27, 2014, from Defendants' counsel to Plaintiff's counsel.

5.      Attached hereto as Exhibit "J" is correspondence, dated May 29, 2014, from Defendants' counsel to Plaintiff's counsel.

6.      Attached hereto as Exhibit "K" are black and white printouts of web pages from the website, http://pix.halleberryfan.com/index.php?cat=4, *et seq.* dated June 2, 2014.

/ / /

/ / /

/ / /

/ / /

1

2       I declare under penalty of perjury that the foregoing is true and correct.

3  Executed on this 2nd day of June, 2014 in Los Angeles, California.

4

5                           /s/ Chad M. Mandell

6                            Chad M. Mandell

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SUPPLEMENTAL DECLARATION OF CHAD M. MANDELL**

# EXHIBIT H

**Mandell, Chad**

| | |
|---|---|
| **From:** | Laura Christa <lchrista@christalaw.com> |
| **Sent:** | Thursday, May 22, 2014 2:52 PM |
| **To:** | Sarah Luppen; Mandell, Chad; Douglas Mirell |
| **Cc:** | Potepan, James C.; Jeffrey Abrams |
| **Subject:** | RE: Joint List of Discovery Disputes |
| **Attachments:** | image001.png |

Sarah and Chad,

My apologies for a late reply from Brussels. I have been following the email exchanges and have seen some intemperance which worries me. Look, we probably ought to give Chad some credit for working on a draft that obviously took some time and we ought to cut him some slack on whether he got it right on every point we raised on Sunday. I do think it would be helpful to give Carla Woerhle some background on the dispute for heaven's sake and if we need to cut the legal standard language, which she may well not need, that seems fine to me. I wouldn't more or less order him to cut certain things and send a new draft because I don't think any of us would like to receive that kind of directive. I don't understand why we now have two drafts in the offing. As I understood it, and my memory is more and more imperfect, defendants are impatient that HB will not appear for a deposition before ten days in advance of the discovery cutoff date. Tough to prepare for trial if subsequent discovery that might be deemed necessary following her deposition is foreclosed. We all get that. Defendants want full responses to discovery asking about monetary compensation for the use of HB's name and likeness. Fair enough. ToyWatch has asked for a lot of depositions/document productions from third parties. They make a legitimate point, it seems to me, that the HB deposition will fine tune which of those will actually be necessary. This is why, with the limited time we have left, we thought we ought to be talking to the Magistrate. If Chad leaves out the legal standard and I draft an introductory paragraph, with Chad folding some of the extra language related to the depositions and written discovery into 50% of what he has written so far, do you think we can get a written draft we can all work with in the next few days?

Laura

Laura K. Christa, Esq | Christa & Jackson
1901 Avenue of the Stars, Suite 1100 | Los Angeles, CA  90067
Tel: (310) 282-8040 | Fax: (310) 282
E-mail: lchrista@christalaw.com | Website: www.christalaw.com

-----Original Message-----
From: Sarah Luppen [mailto:sluppen@hmafirm.com]
Sent: Thu 5/22/2014 1:06 PM
To: Mandell, Chad; Douglas Mirell; Laura Christa
Cc: Potepan, James C.; Jeffrey Abrams
Subject: RE: Joint List of Discovery Disputes

Chad:

Your interpretation of Doug's email is incorrect.  We are in the process of preparing a Joint List of Discovery Disputes that we will circulate to everyone tomorrow.

Sincerely,

Sarah

# EXHIBIT I

## Mandell, Chad

| | |
|---|---|
| **From:** | Mandell, Chad |
| **Sent:** | Tuesday, May 27, 2014 6:20 PM |
| **To:** | sluppen@hmafirm.com |
| **Cc:** | dmirell@hmafirm.com; Jeffrey Abrams (JAbrams@hmafirm.com); Potepan, James C.; Aragon, Angeli C.; lchrista@christalaw.com |
| **Subject:** | FW: Activity in Case 2:13-cv-05428-JAK-CW Halle Berry v. Toywatch S.p.A. et al Statement |

Sarah,

The preparation of the final document took longer than I had hoped.  I attribute this in no small degree to the fact that we had to integrate two separate Joint Statements into one.

As we were operating under a deadline, upon which counsel had previously agreed in order to give the Court enough time to consider the discovery disputes, we filed Defendants' Joint Statement today.

However, if upon reviewing the document this evening you determine that you would like to join Defendants in this Joint Statement, we are prepared to file a Supplemental Joint Statement tomorrow morning.

Sincerely,
Chad


**Chad M. Mandell**
**Attorney at Law**
LeClairRyan
725 S. Figueroa Street, Suite 350
Los Angeles, California 90017
(213) 337-3249 Direct
(213) 624-3755 Fax
Chad.Mandell@leclairryan.com
http://www.leclairryan.com
LeClairRyan is a Delaware Limited Liability Partnership

Please consider the environment before printing this email.


**From:** cacd_ecfmail@cacd.uscourts.gov [mailto:cacd_ecfmail@cacd.uscourts.gov]
**Sent:** Tuesday, May 27, 2014 6:15 PM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 2:13-cv-05428-JAK-CW Halle Berry v. Toywatch S.p.A. et al Statement


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first**

# EXHIBIT J

## Mandell, Chad

| | |
|---|---|
| **From:** | Laura Christa <lchrista@christalaw.com> |
| **Sent:** | Thursday, May 29, 2014 7:33 PM |
| **To:** | Mandell, Chad; sluppen@hmafirm.com; dmirell@hmafirm.com; JAbrams@hmafirm.com |
| **Cc:** | Potepan, James C.; Aragon, Angeli C. |
| **Subject:** | Re: URGENT REQUEST FROM THE COURT RE DISCOVERY CONFERENCE |

Colleagues -
So given that we have some extra time, are we going to try to fine-tune a single document? Is plaintiff's counsel filing anything? Just trying to get the lay of the land.
Best regards,
Laura

Laura K. Christa, Esq. | Christa & Jackson
1901 Avenue of the Stars, Suite 1100 | Los Angeles, CA  90067
Tel: (310) 282-8040 | Fax: (310) 282-8421
E-mail: lchrista@christalaw.com | Website: www.christalaw.com


----- Original Message -----
From: Mandell, Chad <Chad.Mandell@leclairryan.com>
To: 'Sarah Luppen' <sluppen@hmafirm.com>; Douglas Mirell <dmirell@hmafirm.com>; Jeffrey Abrams <JAbrams@hmafirm.com>; Laura Christa
Cc: Potepan, James C. <James.Potepan@leclairryan.com>; Aragon, Angeli C. <Angeli.Aragon@leclairryan.com>
Sent: Wed May 28 10:42:34 2014
Subject: RE: URGENT REQUEST FROM THE COURT RE DISCOVERY CONFERENCE

Sarah,


Thank you for your prompt response.


Sincerely,

Chad


Chad M. Mandell
Attorney at Law
LECLAIRRYAN
725 S. Figueroa Street, Suite 350
Los Angeles, California 90017
(213) 337-3249 Direct
(213) 624-3755 Fax
Chad.Mandell@leclairryan.com
http://www.leclairryan.com <http://www.leclairryan.com/>
LeClairRyan is a Delaware Limited Liability Partnership

Please consider the environment before printing this email.

1

- 5 -

From: Sarah Luppen [mailto:sluppen@hmafirm.com]
Sent: Wednesday, May 28, 2014 10:41 AM
To: Mandell, Chad; Douglas Mirell; Jeffrey Abrams; lchrista@christalaw.com
Cc: Potepan, James C.; Aragon, Angeli C.
Subject: RE: URGENT REQUEST FROM THE COURT RE DISCOVERY CONFERENCE


Plaintiff's counsel is available.


From: Mandell, Chad [mailto:Chad.Mandell@leclairryan.com]
Sent: Wednesday, May 28, 2014 10:35 AM
To: Sarah Luppen; Douglas Mirell; Jeffrey Abrams; lchrista@christalaw.com <mailto:lchrista@christalaw.com>
Cc: Potepan, James C.; Aragon, Angeli C.
Subject: URGENT REQUEST FROM THE COURT RE DISCOVERY CONFERENCE
Importance: High


Dear Counsel,


Judge Woehrle's chambers contacted our office.  Judge Woehrle needs to push Friday's discovery conference back, and would like to reschedule for Tuesday June 3, 2014 at 2:00 P.M.  Please let me know at your earliest convenience if you are available at this time.


Once I have heard back from all the parties, I will inform Judge Woehrle's clerk.


Thank you in advance of your replies.


Sincerely,

Chad


Chad M. Mandell
Attorney at Law
LECLAIRRYAN
725 S. Figueroa Street, Suite 350
Los Angeles, California 90017
(213) 337-3249 Direct
(213) 624-3755 Fax
Chad.Mandell@leclairryan.com
http://www.leclairryan.com <http://www.leclairryan.com/>
LeClairRyan is a Delaware Limited Liability Partnership

Please consider the environment before printing this email.

* This e-mail may contain confidential or privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail with a copy to emailadministrator@leclairryan.com and delete this e-mail and all copies and attachments. IRS Circular 230 Notice: Unless specifically stated otherwise, any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. This message is intended to be confidential and may be legally privileged. It is intended solely for the addressee. If you are not the intended recipient, please delete this message from your system and notify us immediately. Any disclosure, copying, distribution or action taken or omitted to be taken by an unintended recipient in reliance on this message is prohibited and may be unlawful. Communications from our firm may contain or incorporate federal tax advice. Under US Internal Revenue Service (IRS) standards, we are required to inform you that only formal, written tax opinions meeting IRS requirements may be relied upon by taxpayers for the purpose of avoiding tax-related penalties. Accordingly, this communication is not intended or written to be used, and it cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code. Please contact a member of our law firm's Tax Department if you require a formal, written tax opinion that satisfies applicable IRS requirements, or if you have any other questions regarding federal tax advice.

# EXHIBIT K

**Halle Berry Fan Image Archive**

Coppermine
GALLERY

Home   Login   Album list   Search

## Last updated albums



**The Call Buenos Aires Premiere 4/8/13**
**242 views**
Feb 28, 2014



**The Call Los Angeles Premiere 3/5/13**
**133 views**
Feb 28, 2014



**The Call Chicago Premiere 3/1/13**
**116 views**
Feb 28, 2014



**The Call Miami Screening 2/26/13**
**98 views**
Feb 28, 2014



**Cloud Atlas - On Set 9/18/11**
**64 views**
Feb 17, 2014



**Cloud Atlas - On Set 9/17/11**
**37 views**
Feb 17, 2014



**Cloud Atlas - On Set 9/16/11**
**31 views**
Feb 17, 2014



**Cloud Atlas - On Set 9/15/11**
**40 views**
Feb 17, 2014



**Cloud Atlas Germany Premiere 11/5/12**
**80 views**
Jan 26, 2014



**Cloud Atlas Los Angeles Premiere 10/25/12**
**168 views**
Jan 26, 2014



**Cybergeddon Los Angeles Premiere 9/24/12**
**150 views**
Jan 26, 2014



**2012 Toronto International Film Festival - Cloud Atlas Premiere 9/8/12**
**133 views**
Jan 26, 2014

| Category | Albums | Files |
|---|---|---|
| **+ Appearances**<br>Photos of **Halle Berry** *appearing at various public events* for movie premieres, charity, fashion shows, birthday parties, and many other types of events. | 310 | 10,900 |
| **+ Out & About**<br>Photos of **Halle Berry** out and about *usually looking very casual* with family and friends, by herself running errands, arriving at various locations, or just out shopping. | 180 | 2,568 |
| **+ Magazine Scans**<br>Photos of Halle Berry looking beautiful and sexy on various magazine covers and advertisements. | 58 | 211 |
| **+ Movie Productions**<br>Photos of **Halle Berry** acting on the big screen. This includes dvd captures, movie stills, on locations, and much more. | 79 | 2,955 |
| **+ Professional Shots**<br>Photos of **Halle Berry** looking *very beautiful* for various photoshoots, portraits, photocalls, press conferences all done by professional photographers. | 193 | 3,237 |
| **+ Television Appearances**<br>Captures, publicity Stills, promotional images and more from *Halle Berry on television*. | 6 | 499 |

**20,370** files in **826** albums and **157** categories with **0** comments viewed **4,004,226** times

– ✂ –

## Last viewed



**637 views**
Jun 02, 2014 at



**426 views**
Jun 02, 2014 at



**573 views**
Jun 02, 2014 at



**26 views**
Jun 02, 2014 at



**21 views**
Jun 02, 2014 at



**63 views**
Jun 02, 2014 at

Random files

     

**505 views**     **333 views**     **50 views**     **1530 views**     **16 views**     **102 views**

Powered by Coppermine Photo Gallery

**Halle Berry Fan Image Archive**

# Coppermine
GALLERY

Home    Login    Album list    Search

Home > + Magazine Scans

## Last updated albums - + Magazine Scans



**More February 2011**
**1429 views**
Mar 13, 2012



**US Weekly 3/14/11**
**800 views**
Mar 13, 2012



**In Touch 8/10/09**
**468 views**
Mar 13, 2012



**Vivmag [March/April 2009]**
**178 views**
Jan 02, 2010



**Health & Living [November 2009]**
**286 views**
Jan 02, 2010



**Misc. Magazine Scans**
**341 views**
Jan 02, 2010



**Revlon**
**459 views**
Jul 12, 2009



**Public [May 2009]**
**255 views**
Jun 30, 2009



**Public [April 2009]**
**193 views**
Jun 30, 2009



**L'Officiel - 2008**
**298 views**
Jun 30, 2009



**Premiere Cz - May 2007**
**409 views**
Jun 30, 2009



**"Halle" By Halle Berry**
**234 views**
Apr 28, 2009

| Category | Albums | Files |
|---|---|---|
| **» 2011 Magazine Scans** | 2 | 2 |
| **» 2009 Magazine Scans** | 19 | 49 |
| **» 2008 Magazine Scans** | 9 | 41 |
| **» 2007 Magazine Scans** | 12 | 52 |
| **» 2006 Magazine Scans** | 4 | 5 |
| **» 2005 Magazine Scans** | 5 | 6 |
| **» Advertisements** | 7 | 56 |


**1450 views**
Jun 01, 2014 at
05:12 PM


**358 views**
Jun 01, 2014 at
02:27 PM


**633 views**
Jun 01, 2014 at
02:26 PM


**528 views**
Jun 01, 2014 at
02:26 PM


**548 views**
May 31, 2014 at
01:37 PM


**512 views**
May 30, 2014 at
08:41 PM

Random files - + Magazine Scans



**279 views**


**800 views**


**221 views**


**356 views**


**334 views**


**244 views**

Powered by Coppermine Photo Gallery

Halle Berry Fan Image Archive

# Coppermine
GALLERY

Home · Login · Album list · Search

Home > + Magazine Scans > » 2011 Magazine Scans

Last updated albums - » 2011 Magazine Scans



**More February 2011**

**1429 views**
Mar 13, 2012



**US Weekly 3/14/11**

**800 views**
Mar 13, 2012

## More February 2011



1 files, last one added on Mar 13, 2012
Album viewed 1429 times

## US Weekly 3/14/11



1 files, last one added on Mar 13, 2012
Album viewed 800 times

**2 albums on 1 page(s)**

Last viewed - » 2011 Magazine Scans



**1210 views**
May 29, 2014 at
07:17 PM



**704 views**
May 23, 2014 at
12:21 AM

Random files - » 2011 Magazine Scans



**1210 views**



**704 views**

Powered by Coppermine Photo Gallery

# Halle Berry Fan Image Archive

Coppermine
GALLERY

Home   Login   Album list   Search

Home > + Magazine Scans > » 2009 Magazine Scans

## Last updated albums - » 2009 Magazine Scans


**In Touch 8/10/09**
**468 views**
Mar 13, 2012


**Vivmag [March/April 2009]**
**178 views**
Jan 02, 2010


**Health & Living [November 2009]**
**286 views**
Jan 02, 2010


**Misc. Magazine Scans**
**341 views**
Jan 02, 2010


**Public [May 2009]**
**255 views**
Jun 30, 2009


**Public [April 2009]**
**193 views**
Jun 30, 2009


**US [April 2009]**
**139 views**
Apr 28, 2009


**TV Guide [February]**
**102 views**
Apr 28, 2009


**Star [March 2009]**
**167 views**
Apr 28, 2009


**Star [February 2009]**
**82 views**
Apr 28, 2009


**People [March 2009]**
**85 views**
Apr 28, 2009


**National Enquirer [March 2009]**
**85 views**
Apr 28, 2009

### Essence [February 2009]


6 files, last one added on Apr 19, 2009
Album viewed 677 times

### Harper's BAZAAR [May 2009]


7 files, last one added on Apr 27, 2009
Album viewed 383 times

### Health & Living [November 2009]


2 files, last one added on Jan 02, 2010
Album viewed 286 times

### Globe [March 2009]


1 files, last one added on Apr 28, 2009
Album viewed 109 times

### In Touch [February 2009]


1 files, last one added on Apr 28, 2009
Album viewed 65 times

### In Touch [March 2009]



### In Touch [April 2009]



3 files, last one added on Apr 28, 2009
Album viewed 76 times

### In Touch 8/10/09



1 files, last one added on Mar 13, 2012
Album viewed 468 times

### National Enquirer [February 2009]



1 files, last one added on Apr 28, 2009
Album viewed 296 times

### National Enquirer [March 2009]



3 files, last one added on Apr 28, 2009
Album viewed 85 times

### People [March 2009]



1 files, last one added on Apr 28, 2009
Album viewed 85 times

### Star [February 2009]



1 files, last one added on Apr 28, 2009
Album viewed 82 times

**19 albums on 2 page(s)**          Jump to page 1 ▾    1   2   ▸

#### Last viewed - » 2009 Magazine Scans



**358 views**
Jun 01, 2014 at
02:27 PM



**633 views**
Jun 01, 2014 at
02:26 PM



**528 views**
Jun 01, 2014 at
02:26 PM



**438 views**
May 30, 2014 at
12:35 PM



**446 views**
May 28, 2014 at
10:02 AM



**389 views**
May 28, 2014 at
10:02 AM

#### Random files - » 2009 Magazine Scans

- 14 -



**352 views**



**436 views**



**561 views**



**528 views**



**373 views**



**288 views**

Powered by Coppermine Photo Gallery

- 15 -

Halle Berry Fan Image Archive

# Coppermine
GALLERY

Home   Login   Album list   Search

Home >  + Magazine Scans  >  » 2008 Magazine Scans

## Last updated albums - » 2008 Magazine Scans


**L'Officiel - 2008**
**298 views**
Jun 30, 2009


**People -
September 2008**
**76 views**
Feb 04, 2009


**People - August
2008**
**61 views**
Feb 04, 2009


**People - May 2008**
**154 views**
Feb 04, 2009


**People - March
2008**
**81 views**
Feb 04, 2009


**Skøn - January
2008**
**319 views**
Jan 14, 2009


**Esquire -
November 2008**
**755 views**
Jan 14, 2009


**InStyle - February
2008**
**276 views**
Jan 17, 2008

### Skøn - January 2008


6 files, last one added on Jan 14, 2009
Album viewed 319 times

### InStyle - February 2008


14 files, last one added on Jan 17, 2008
Album viewed 276 times

### Esquire - November 2008


11 files, last one added on Jan 14, 2009
Album viewed 755 times

### People - March 2008


1 files, last one added on Feb 04, 2009
Album viewed 81 times

### People - May 2008


3 files, last one added on Feb 04, 2009
Album viewed 154 times

### People - August 2008

1 files, last one added on Feb 04, 2009



**People – September 2008**



2 files, last one added on Feb 04, 2009
Album viewed 76 times

**Elle – November 2008**



0 files
Album viewed 0 times

**L'Officiel – 2008**



3 files, last one added on Jun 30, 2009
Album viewed 298 times

**9 albums on 1 page(s)**

Last viewed - » 2008 Magazine Scans

                    

| **1450 views** | **1027 views** | **294 views** | **925 views** | **1042 views** | **1600 views** |
| Jun 01, 2014 at 05:12 PM | May 30, 2014 at 12:35 PM | May 29, 2014 at 07:25 PM | May 28, 2014 at 09:34 AM | May 26, 2014 at 07:00 AM | May 24, 2014 at 07:06 PM |

Random files - » 2008 Magazine Scans

                    

| **1212 views** | **527 views** | **483 views** | **1042 views** | **1027 views** | **510 views** |

Powered by Coppermine Photo Gallery

# Coppermine
GALLERY

Home   Login   Album list   Search

Home > + Magazine Scans > » 2007 Magazine Scans

Last updated albums - » 2007 Magazine Scans


**Premiere Cz - May 2007**
409 views
Jun 30, 2009


**Marie Claire - July 2007**
89 views
Feb 16, 2009


**In Style US - April 2007**
201 views
Feb 16, 2009


**In Style Russia - May 2007**
229 views
Feb 16, 2009


**Hollywood Life - Winter 2007**
236 views
Feb 16, 2009


**Globe - April 2007**
82 views
Feb 16, 2009


**Eve - May 2007**
267 views
Feb 16, 2009


**Esquire - May 2007**
544 views
Feb 16, 2009


**Ebony - May 2007**
255 views
Feb 16, 2009


**People - May 2007**
115 views
Feb 16, 2009


**People - November 2007**
90 views
Feb 16, 2009


**People - September 2007**
113 views
Feb 16, 2009

### Ebony - May 2007

7 files, last one added on Feb 16, 2009
Album viewed 255 times

### Esquire - May 2007

5 files, last one added on Feb 16, 2009
Album viewed 544 times

### Eve - May 2007

5 files, last one added on Feb 16, 2009
Album viewed 267 times

### Globe - April 2007

1 files, last one added on Feb 16, 2009
Album viewed 82 times

### Hollywood Life - Winter 2007

*Credit:* All Stars Online
6 files, last one added on Feb 16, 2009
Album viewed 236 times

### In Style Russia - May 2007



### In Style US - April 2007



*Credit:* All Stars Online翻

6 files, last one added on Feb 16, 2009
Album viewed 201 times

### Marie Claire - July 2007



1 files, last one added on Feb 16, 2009
Album viewed 89 times

### People - May 2007



1 files, last one added on Feb 16, 2009
Album viewed 115 times

### People - November 2007



1 files, last one added on Feb 16, 2009
Album viewed 90 times

### People - September 2007



6 files, last one added on Feb 16, 2009
Album viewed 113 times

### Premiere Cz - May 2007



4 files, last one added on Jun 30, 2009
Album viewed 409 times

**12 albums** on 1 page(s)

Last viewed - » 2007 Magazine Scans



**512 views**
May 30, 2014 at
08:41 PM



**452 views**
May 30, 2014 at
08:40 PM



**435 views**
May 30, 2014 at
08:40 PM



**389 views**
May 30, 2014 at
12:34 PM



**1056 views**
May 19, 2014 at
10:00 PM



**344 views**
May 15, 2014 at
05:44 AM

Random files - » 2007 Magazine Scans



**480 views**



**920 views**



**262 views**



**1050 views**



**389 views**



**543 views**

Powered by Coppermine Photo Gallery

**Coppermine**
GALLERY

Home  Login  Album list  Search

Home > + Magazine Scans > » 2006 Magazine Scans

Last updated albums - » 2006 Magazine Scans


**Style - January 2006**
**273 views**
Feb 26, 2009


**People - May 2006**
**141 views**
Feb 26, 2009


**People - February 2006**
**61 views**
Feb 26, 2009

### Hype Hair - March 2006


0 files
Album viewed 0 times

### People - February 2006


1 files, last one added on Feb 26, 2009
Album viewed 61 times

### People - May 2006


1 files, last one added on Feb 26, 2009
Album viewed 141 times

### Style - January 2006


3 files, last one added on Feb 26, 2009
Album viewed 273 times

4 albums on 1 page(s)

Last viewed - » 2006 Magazine Scans


**512 views**
May 26, 2014 at
06:55 AM


**483 views**
May 26, 2014 at
06:55 AM


**715 views**
May 26, 2014 at
06:54 AM


**338 views**
May 14, 2014 at
05:17 AM


**495 views**
May 14, 2014 at
05:17 AM

Random files - » 2006 Magazine Scans


**495 views**


**338 views**


**512 views**


**715 views**


**483 views**

Powered by Coppermine Photo Gallery

- 22 -

# Coppermine
GALLERY

Home    Login    Album list    Search

Home > + Magazine Scans > » 2005 Magazine Scans

Last updated albums - » 2005 Magazine Scans


**People - September 2005**
**119 views**
Feb 26, 2009


**People - October 2005**
**82 views**
Feb 26, 2009


**People - May 2005**
**402 views**
Feb 26, 2009


**People - June 2005**
**840 views**
Feb 26, 2009


**People - July 2005**
**71 views**
Feb 26, 2009

## People - May 2005

1 files, last one added on Feb 26, 2009
Album viewed 402 times

## People - June 2005

1 files, last one added on Feb 26, 2009
Album viewed 840 times

## People - July 2005

2 files, last one added on Feb 26, 2009
Album viewed 71 times

## People - September 2005

1 files, last one added on Feb 26, 2009
Album viewed 119 times

## People - October 2005

1 files, last one added on Feb 26, 2009
Album viewed 82 times

**5 albums on 1 page(s)**

Last viewed - » 2005 Magazine Scans


**559 views**
May 26, 2014 at
07:00 AM


**482 views**
May 26, 2014 at
07:00 AM


**529 views**
May 23, 2014 at
12:21 AM


**485 views**
May 14, 2014 at
05:07 AM


**366 views**
May 14, 2014 at
05:07 AM


**339 views**
May 14, 2014 at
05:06 AM

- 23 -









**366 views**   **559 views**   **482 views**   **339 views**   **529 views**   **485 views**

Powered by Coppermine Photo Gallery

-24-

# Coppermine
GALLERY

Home   Login   Album list   Search

Home > + Magazine Scans > » Advertisements

## Last updated albums - » Advertisements


**Revlon**
**459 views**
Jul 12, 2009


**"Halle" By Halle Berry**
**234 views**
Apr 28, 2009


**Breast Cancer Research**
**123 views**
Feb 04, 2009


**A Diamond Is Forever**
**176 views**
Feb 04, 2009


**Diabetes Awareness**
**135 views**
Feb 04, 2009


**Versace**
**198 views**
Jan 25, 2009


**Callaway Golf Foundation**
**103 views**
Jan 25, 2009

## A Diamond Is Forever


5 files, last one added on Feb 04, 2009
Album viewed 176 times

## Callaway Golf Foundation


1 files, last one added on Jan 25, 2009
Album viewed 103 times

## Diabetes Awareness


2 files, last one added on Feb 04, 2009
Album viewed 135 times

## Revlon


41 files, last one added on Jul 12, 2009
Album viewed 459 times

## Versace


5 files, last one added on Jan 25, 2009
Album viewed 198 times

## Breast Cancer Research

1 files, last one added on Feb 04, 2009
Album viewed 123 times

- 25 -



### "Halle" By Halle Berry



1 files, last one added on Apr 28, 2009
Album viewed 234 times

**7 albums on 1 page(s)**

Last viewed - » Advertisements

     

| **548 views** | **441 views** | **564 views** | **499 views** | **467 views** | **300 views** |
| May 31, 2014 at 01:37 PM | May 30, 2014 at 08:37 PM | May 30, 2014 at 08:37 PM | May 30, 2014 at 08:36 PM | May 30, 2014 at 08:36 PM | May 30, 2014 at 08:34 PM |

Random files - » Advertisements

     

| **527 views** | **356 views** | **336 views** | **281 views** | **456 views** | **462 views** |

Powered by Coppermine Photo Gallery

— 26 —