# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13- 5428-JAK- CW | Date | June 18, 2014 |
|---|---|---|---|
| Title | Halle Berry v. Toywatch S.p.A. et al | | |

| Present: The Honorable | CARLA M. WOEHRLE, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| G. Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**        (In Chambers)

    A hearing pertaining to Discovery disputes has been scheduled for **Thursday**, **June 26, 2014 at 2:00 p.m**., before the Honorable Carla M. Woehrle in courtroom 640, 6th Floor of the Roybal building.

cc: Parties of Record

                                                                                                           :

Initials of Preparer          gr