LAURA K. CHRISTA (SBN 97319)
Email: lchrista@christalaw.com
CHRISTA & JACKSON
1901 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067-6002
Telephone: (310) 282-8040
Facsimile: (310) 282-8421

Attorneys for Defendants
TRIBOO DIGITALE USA, INC.
and TRIBOO DIGITALE S.r.l.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HALLE BERRY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TOYWATCH S.p.A., an Italian corporation; TRIBOO DIGITALE USA, INC., a Delaware corporation; TRIBOO DIGITALE S.r.l., an Italian limited liability company; WE'RE WITH THE BRAND, LLC d/b/a "Capobianco & Associates," a California limited liability company; CINDY CAPOBIANCO, an individual; and DOES 1-30, inclusive,<br><br>Defendants. | Case No. CV13-05428-JAK(CWx)<br><br>**REPORT OF COUNSEL RE: JUNE 3, 2014 DISCOVERY HEARING**<br><br>Hearing Date: June 3, 2014<br>Time: 2:00 p.m.<br>Judge: Hon. Carla M. Woehrle<br>Courtroom: 640<br><br>*Assigned Judge:* Hon. John A. Kronstadt<br>*Complaint Filed:* May 30, 2013<br>*Trial Date:* Sept. 9, 2014 |

The parties have met and conferred following the discovery hearing on June 3, 2014 before Magistrate Woehrle about both deposition scheduling and additional document productions. At the hearing, counsel for the Triboo defendants offered to update the Court as to the status of discovery. That report has been somewhat delayed as, in the interim, plaintiff's counsel suggested a settlement conference before the Court, and Triboo's counsel contacted the Court to determine

if the Court would consider acting in that capacity on an expedited basis. In the interim, counsel for ToyWatch reported that ToyWatch declined to proceed with an immediate mediation.

**The Status of Deposition Scheduling:**

The parties have scheduled the depositions of four of plaintiff's representatives, as well as the depositions of defendants ToyWatch and Capobianco. The Triboo defendants have agreed to make themselves available either in Los Angeles or Milan on a date in July convenient to all parties. There does not appear to be a current dispute related to deposition scheduling.

**The Status of the Production of Additional Documents:**

Pursuant to the Court's rulings with respect to plaintiff's obligation to produce documents related to trade out agreements and related documents, plaintiff has produced additional documents, but a dispute has arisen as to the scope of the documents that must be produced and as to whether the Court required that communications regarding trade out agreements must be produced, in addition to the agreements themselves. Defendant ToyWatch may raise additional matters. The parties will articulate their respective positions in that regard and will contact the Court for resolution. The parties have informally agreed to engage in best efforts to provide the Court with a concise document in that regard by Friday, June 20, 2014, for hearing by the Court on June 26, 2014, if that date is still available on Magistrate Woehrle's calendar.

Dated: June 18, 2014   CHRISTA & JACKSON

By: /s/ *Laura K. Christa*
LAURA K. CHRISTA
Attorneys for Defendants
TRIBOO DIGITALE USA, INC.
and TRIBOO DIGITALE S.r.l.