1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HALLE BERRY, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TOYWATCH S.p.A., an Italian corporation; TRIBOO DIGITALE USA, INC., a Delaware corporation; TRIBOO DIGITALE S.r.l., an Italian limited liability company; WE'RE WITH THE BRAND, LLC d/b/a "Capobianco & Associates," a California limited liability company; CINDY CAPOBIANCO, an individual; and DOES 3-10, inclusive,<br><br>　　　　　Defendants. | Case No. CV13-05428-JAK(CWx)<br><br>**ORDER ON AMENDED STIPULATION TO CONTINUE CERTAIN DISCOVERY DEADLINES**<br><br>Assigned for All Purposes to the Hon. John A. Kronstadt<br><br>Action Filed:　　May 30, 2013<br>Action Removed:　July 26, 2013<br>Trial Date:　　　Nov. 4, 2014 |

　　　The parties to this action, Plaintiff Halle Berry ("Plaintiff") and Defendants ToyWatch S.p.A. ("ToyWatch"), We're With The Brand, LLC d/b/a "Capobianco & Associates," Cindy Capobianco (together "Capobianco"), Triboo Digitale USA, Inc. and Triboo Digitale S.r.l. (together "Triboo") (collectively "Defendants"), having stipulated to

1  continue certain scheduled dates in this action, and good cause appearing therefor given
2  the parties' ongoing settlement discussions:
3      **IT IS HEREBY ORDERED** that the following indicated current dates are
4  continued to the indicated new dates:

|  | **Current Date** | **New Date** |
|---|---|---|
| Initial Expert Disclosures | July 11, 2014 | August 19, 2014 |
| Rebuttal Expert Disclosures | August 1, 2014 | August 29, 2014 |
| Non-Expert Discovery Cutoff | August 1, 2014 | August 29, 2014 |
| Expert Discovery Cutoff | August 29, 2014 | September 5, 2014 |
| Last Day to Hear Motions | September 15, 2014 | September 22, 2014 |

    All other deadlines in this case will remain as ordered by the Court on April 9, 2014 (Docket No. 50):

|  | **Date** |
|---|---|
| Final Pretrial Conference / Motions in Limine / Status Conference re Settlement Efforts | 10/20/14 at 3:00 p.m. |
| Status Conference re Exhibits | 10/31/14 at 3:00 p.m. |
| Jury Trial | 11/04/14 at 9:00 a.m. |

Dated: July 10, 2014

*[signature]*

Hon. John A. Kronstadt
UNITED STATES DISTRICT JUDGE

ORDER ON STIPULATION TO CONTINUE DATES