DOUGLAS E. MIRELL (State Bar No. 094169)
JEFFREY I. ABRAMS (State Bar No. 162735)
SARAH E. LUPPEN (State Bar No. 258559)
HARDER MIRELL & ABRAMS LLP
1925 Century Park East, Suite 800
Los Angeles, California 90067
Telephone: (424) 203-1600
Facsimile: (424) 203-1601

Attorneys for Plaintiff
HALLE BERRY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HALLE BERRY, an individual, <br><br> Plaintiff, <br><br> v. <br><br> TOYWATCH S.p.A., an Italian corporation; TRIBOO DIGITALE USA, INC., a Delaware corporation; TRIBOO DIGITALE S.r.l., an Italian limited liability company; WE'RE WITH THE BRAND, LLC d/b/a "Capobianco & Associates," a California limited liability company; CINDY CAPOBIANCO, an individual; and DOES 3-10, inclusive, <br><br> Defendants. | Case No. CV13-05428-JAK(CWx) <br><br> **STIPULATION TO HOLD ACTION IN ABEYANCE PENDING SETTLEMENT** <br><br> Assigned for All Purposes to the Hon. John A. Kronstadt <br><br> Action Filed: May 30, 2013 <br> Action Removed: July 26, 2013 <br> Trial Date: Nov. 4, 2014 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Halle Berry ("Plaintiff") and Defendants ToyWatch S.p.A., Triboo Digitale USA, Inc., Triboo Digitale S.r.l., We're With The Brand, LLC d/b/a "Capobianco & Associates" and Cindy Capobianco (collectively "Defendants"), by and through their respective counsel of record, as follows:

1. Plaintiff and Defendants are engaged in finalizing and documenting a

settlement of the above-captioned action; they currently anticipate that this settlement will be fully consummated on or before Friday, November 14, 2014.

2. In light of this prospective settlement, Plaintiff and Defendants respectfully request that the Court hold this action in abeyance, and that all pending pre-trial and trial dates be taken off calendar.

3. Plaintiff and Defendants also respectfully request that the Court set this matter for a Status Conference on Monday, November 24, 2014. Said Status Conference will be conducted only in the event that the Court is not advised prior thereto that the settlement of this action has been fully consummated.

DATED: October 3, 2014.         HARDER MIRELL & ABRAMS LLP


                                 By:  /s/ Douglas E. Mirell
                                      DOUGLAS E. MIRELL
                                      JEFFREY I. ABRAMS
                                      SARAH E. LUPPEN

                                      Attorneys for Plaintiff
                                      HALLE BERRY

DATED: October 3, 2014.         LECLAIRRYAN LLP


                                 By:  /s/ Chad S. Mandell
                                      JAMES C. POTEPAN
                                      ANGELI C. ARAGON
                                      CHAD M. MANDELL

                                      Attorneys for Defendants
                                      TOYWATCH S.p.A., WE'RE WITH
                                      THE BRAND, LLC d/b/a
                                      "Capobianco & Associates" and
                                      CINDY CAPOBIANCO

1  DATED: October 3, 2014.            CHRISTA & JACKSON

2

3

4                                     By:   /s/ Laura K. Christa
                                            LAURA K. CHRISTA

5                                     Attorneys for Defendants
                                      TRIBOO DIGITALE USA, INC. and
6                                     TRIBOO DIGITALE S.r.l.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
{00043139;1}                          - 3 -

STIPULATION TO HOLD ACTION IN ABEYANCE PENDING SETTLEMENT