DOUGLAS E. MIRELL (State Bar No. 094169)
JEFFREY I. ABRAMS (State Bar No. 162735)
SARAH E. LUPPEN (State Bar No. 258559)
HARDER MIRELL & ABRAMS LLP
1925 Century Park East, Suite 800
Los Angeles, California 90067
Telephone:  (424) 203-1600
Facsimile:   (424) 203-1601

Attorneys for Plaintiff
HALLE BERRY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HALLE BERRY, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TOYWATCH S.p.A., an Italian corporation; TRIBOO DIGITALE USA, INC., a Delaware corporation; TRIBOO DIGITALE S.r.l., an Italian limited liability company; WE'RE WITH THE BRAND, LLC d/b/a "Capobianco & Associates," a California limited liability company; CINDY CAPOBIANCO, an individual; and DOES 3-10, inclusive,<br><br>　　　　　　Defendants. | Case No. CV13-05428-JAK(CWx)<br><br>**STIPULATION FOR ENTRY OF PERMANENT INJUNCTION**<br><br>Assigned for All Purposes to the Hon. John A. Kronstadt<br><br>Action Filed:　　May 30, 2013<br>Action Removed:　July 26, 2013<br>Trial Date:　　　Nov. 4, 2014 |

　　　IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Halle Berry ("Plaintiff") and Defendant ToyWatch S.p.A. ("ToyWatch") that:

　　　1.　Plaintiff is an individual, resident and domiciliary of the State of California.

　　　2.　ToyWatch is a corporation organized under the laws of Italy, a foreign nation.

3. On May 30, 2013, Plaintiff filed suit against Triboo Digitale USA, Inc. and Triboo Digitale S.r.l (collectively, "Triboo") and ToyWatch in the Los Angeles County Superior Court, West District, alleging (i) Violation of Common Law Right of Publicity; (ii) Violation of Common Law Right of Privacy; (iii) Trademark/Trade name Infringement in violation of the Lanham Act (15 U.S.C. §1125(a)); (iv) Trade Dress Infringement in violation of the Lanham Act (15 U.S.C. §1125(a)); and (v) Slogan Infringement in violation of the Lanham Act (15 U.S.C. §1125(a)). The case was styled *Halle Berry v. ToyWatch S.p.A., Triboo Digitale USA, Inc., Triboo Digitale S.r.l., and Does 1-30*, Case No. SC120797 ("State Action").

4. On July 26, 2013, ToyWatch and Triboo removed the State Action to the United States District Court, Central District of California, Western Division, Case No. CV13-05428-JAK (CWx) ("Federal Action").

5. On October 30, 2013, Plaintiff filed a First Amended Complaint in the Federal Action against We're With The Brand, LLC d/b/a "Capobianco & Associates" and Cindy Capobianco (collectively, "Capobianco"), ToyWatch, Triboo for: (i) Violation of Common Law Right of Publicity; (ii) Violation of Common Law Right of Privacy; (iii) Trademark/Trade name Infringement in violation of the Lanham Act (15 U.S.C. §1125(a)); (iv) Trade Dress Infringement in violation of the Lanham Act (15 U.S.C. §1125(a)); and (v) Slogan Infringement in violation of the Lanham Act (15 U.S.C. §1125(a)) (the "Federal Complaint"). The State Action and the Federal Action shall be referred to collectively as the "Action".

6. This Court has original jurisdiction over parties in this matter under the provisions of the United States Code, Title 28, Section 1441(b).

7. ToyWatch denies that its respective activities were or are wrongful and denies any and all liability; ToyWatch voluntarily agrees to this stipulation.

- 2 -

STIPULATION FOR ENTRY OF PERMANENT INJUNCTION

8. Pursuant to Rule 65 of the Federal Rules of Civil Procedure, ToyWatch and Plaintiff hereby stipulate to entry of the [Proposed] Permanent Injunction in the form attached hereto as Exhibit "A."

9. ToyWatch and Plaintiff agree that the Court shall retain jurisdiction to construe, enforce and implement this Permanent Injunction.

DATED: November 17, 2014     HARDER MIRELL & ABRAMS LLP

By: /s/ Douglas E. Mirell
DOUGLAS E. MIRELL
JEFFREY I. ABRAMS
SARAH E. LUPPEN

Attorneys for Plaintiff
HALLE BERRY

DATED: November 17, 2014     LECLAIRRYAN LLP

By: /s/ Chad S. Mandell
JAMES C. POTEPAN
ANGELI C. ARAGON
CHAD M. MANDELL

Attorneys for Defendant
TOYWATCH S.p.A.

- 3 -

STIPULATION FOR ENTRY OF PERMANENT INJUNCTION