| | |
|---|---|
| 1 | DOUGLAS E. MIRELL (State Bar No. 094169) |
| 2 | JEFFREY I. ABRAMS (State Bar No. 162735) |
|   | SARAH E. LUPPEN (State Bar No. 258559) |
| 3 | HARDER MIRELL & ABRAMS LLP |
|   | 1925 Century Park East, Suite 800 |
| 4 | Los Angeles, California 90067 |
|   | Telephone:  (424) 203-1600 |
| 5 | Facsimile:  (424) 203-1601 |
| 6 | Attorneys for Plaintiff |
|   | HALLE BERRY |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HALLE BERRY, an individual, | Case No. CV13-05428-JAK(CWx) |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | (Filed Concurrently with Stipulation for Entry of Permanent Injunction) |
| TOYWATCH S.p.A., an Italian corporation; TRIBOO DIGITALE USA, INC., a Delaware corporation; TRIBOO DIGITALE S.r.l., an Italian limited liability company; WE'RE WITH THE BRAND, LLC d/b/a "Capobianco & Associates," a California limited liability company; CINDY CAPOBIANCO, an individual; and DOES 3-10, inclusive, | Assigned for All Purposes to the Hon. John A. Kronstadt<br><br>Action Filed:      May 30, 2013<br>Action Removed:  July 26, 2013<br>Trial Date:        Nov. 4, 2014 |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel, being all parties who entered an appearance in the above-referenced proceeding, that all claims asserted herein by virtue of any pleading entered or filed in the above-captioned action be and hereby are dismissed with prejudice pursuant to Rules 41(a)(1)(A)(ii) and 41(a)(1)(B) of the Federal Rules of Civil Procedure.

Concurrent with this Stipulation, Plaintiff Halle Berry and Defendant

ToyWatch S.p.A. are filing a Stipulation for Entry of Permanent Injunction in the above-captioned action.

Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED: November 17, 2014    HARDER MIRELL & ABRAMS LLP

By:    /s/ Douglas E. Mirell
DOUGLAS E. MIRELL
JEFFREY I. ABRAMS
SARAH E. LUPPEN

Attorneys for Plaintiff
HALLE BERRY

DATED: November 17, 2014    LECLAIRRYAN LLP

By:    /s/ Chad S. Mandell
JAMES C. POTEPAN
ANGELI C. ARAGON
CHAD M. MANDELL

Attorneys for Defendants
TOYWATCH S.p.A., WE'RE WITH THE BRAND, LLC d/b/a "Capobianco & Associates" and CINDY CAPOBIANCO

DATED: November 17, 2014    CHRISTA & JACKSON

By:    /s/ Laura K. Christa
LAURA K. CHRISTA

Attorneys for Defendants
TRIBOO DIGITALE USA, INC. and TRIBOO DIGITALE S.r.l.