UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HALLE BERRY, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TOYWATCH S.p.A., an Italian corporation; TRIBOO DIGITALE USA, INC., a Delaware corporation; TRIBOO DIGITALE S.r.l., an Italian limited liability company; WE'RE WITH THE BRAND, LLC d/b/a "Capobianco & Associates," a California limited liability company; CINDY CAPOBIANCO, an individual; and DOES 3-10, inclusive,<br><br>　　　　　Defendants. | Case No. CV13-05428-JAK(CWx)<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** **JS-6**<br><br>(Lodged Concurrently with [Proposed] Permanent Injunction)<br><br>Assigned for All Purposes to the Hon. John A. Kronstadt<br><br>Action Filed:　　May 30, 2013<br>Action Removed:　July 26, 2013<br>Trial Date:　　　Nov. 4, 2014 |

　　The parties to this action, Plaintiff Halle Berry ("Plaintiff") and Defendants ToyWatch S.p.A, Triboo Digitale USA, Inc., Triboo Digitale S.r.l., We're With The Brand, LLC d/b/a "Capobianco & Associates" and Cindy Capobianco (collectively "Defendants"), having stipulated to dismiss the action with prejudice, and good cause appearing therefor:

/ / /

-1-
ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

-2-

1    **IT IS HEREBY ORDERED** that this action is dismissed with prejudice.

2

3  Dated: November 18, 2014

4                                   Hon. John A. Kronstadt
                                    UNITED STATES DISTRICT JUDGE